BENJAMIN A. EMMERT, Bar No. 212157
LITTLER MENDELSON, P.C.
50 W. San Fernando, 7th Floor
San Jose, CA 95113.2303
Telephone: 408.998.4150
Fax No.: 408.288.5686

Attorneys for Defendant
PETER SOFARELLI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEEDZAI, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>PETER SOFARELLI, an individual; and DOES 1-10, Inclusive,<br><br>Defendants. | Case No. 3:18-cv-04483<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>**[FRCP 41(a)]**<br><br>Complaint filed: July 24, 2018<br>Trial date: Not Set |

LITTLER MENDELSON, P.C.
50 W. San Fernando, 7th Floor
San Jose, CA 95113.2303
408.998.4150

Case No. 3:18-cv-04483

Stipulation And Order For Dismissal With Prejudice

**TO THE CLERK OF THE COURT, ANY INTERESTED PARTIES, AND THEIR ATTORNEYS OF RECORD:**

WHEREAS, Plaintiff FEEDZAI, INC. ("Plaintiff") seeks to dismiss this action against Defendant PETER SOFARELLI.

WHEREAS, the parties through their attorneys of record and subject to Court approval, HEREBY STIPULATE to the following:

IT IS HEREBY STIPULATED by and between the parties to this action through their undersigned counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear its own costs and attorneys' fees.

Dated: August 7, 2019

/s/ Benjamin A. Emmert
BENJAMIN A. EMMERT
LITTLER MENDELSON, P.C.
Attorneys for Defendant
PETER SOFARELLI

Dated: August 7, 2019

/s/ Sami Hasan
SAMI HASAN
SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
Attorneys for Plaintiff
FEEDZAI, INC.

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED. The instant matter is hereby dismissed, in its entirety. The Clerk of the Court is directed to close the file.

Dated: 8/8/19

Hon. Susan Illston

FIRMWIDE:165955728.1 098485.1001

LITTLER MENDELSON, P.C.
50 W. San Fernando, 7th Floor
San Jose, CA 95113.2303
408.998.4150

1.  Case No. 3:18-cv-04483
Stipulation And Order For Dismissal With Prejudice